IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clifford Leroy Tschopp<br>    Debtor,<br><br>Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B<br>    Movant.<br>v.<br><br>Clifford Leroy Tschopp<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:21-bk-02343-HWV<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                                                                     Respectfully submitted,

Dated:  December 12, 2025

BY: _/s/ Heather Riloff_
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 25-073016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clifford Leroy Tschopp<br>    Debtor,<br><br>Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B<br>    Movant.<br>v.<br><br>Clifford Leroy Tschopp<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:21-bk-02343-HWV<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, <u>Heather Riloff</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>12th</u> day of <u>December</u>, 2025:

Clifford Leroy Tschopp
901 State Street
Millersburg, PA 17061

Paul Donald Murphy-Ahles, Esquire, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Heather Riloff*

Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com