United States Bankruptcy Court
Middle District of Pennsylvania

In re: Clifford Leroy Tschopp
Debtor

Case No. 21-02343-HWV
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5725015 | Email/Text: BKBCNMAIL@carringtonms.com | Jan 13 2026 18:36:00 | JPMorgan Chase Bank, National Association, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio, C/O Carrington Mortgage Services, LLC |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Riloff | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust logsecf@logs.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Clifford Leroy Tschopp pmurphy@dplglaw.com kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-02343-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Clifford Leroy Tschopp
901 State Street
Millersburg PA 17061

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2026.

Name and Address of Alleged Transferor(s):

Claim No. 5: JPMorgan Chase Bank, National Association, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio, C/O Carrington Mortgage Services, LLC

Name and Address of Transferee:

Wilmington Savings Fund Society
AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740
Wilmington Savings Fund Society
AMIP Management

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/15/26

Seth F. Eisenberg
**CLERK OF THE COURT**